Certificate Number: 05781-VAE-DE-041174332

Bankruptcy Case Number: 26-11589



05781-VAE-DE-041174332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 5:35 o'clock PM PDT, Zaid Alshammari completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 6, 2026                         By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President